# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0335
_____

CHARITY NOELLE WOOD,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

July 25, 2024

PER CURIAM.

DISMISSED.

BILBREY, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charity Noelle Wood, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.